It is further ordered by the court that John Martin of the Cuyahoga County Public Defender's Office is appointed to represent appellee. Appellee's brief is due 30 days from the date of this entry.

**2007–1694.   State ex rel. Toledo Blade Co. v. Seneca Cty. Bd. of Commrs.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On November 15, 2007, the court referred this case to mediation.

It is ordered by the court, sua sponte, that the parties show cause, within fourteen days of the date of this entry, why this case should not be returned to the regular docket.

**2008–0710.   State ex rel. Manns v. Henson.**
Richland App. No. 08CA4. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Richland County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

**2008–0721.   Planey v. Hepfner.**
Mahoning App. No. 07 MA 172, 2008-Ohio-711. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Mahoning County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–0660.   State ex rel. Potts v. Fayette Tubular Prods., Inc.**
Franklin App. No. 07AP–505, 2008-Ohio-1218.

**2008–0709.   Realty Income Corp. v. Lake Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2006–M–786 and 2006–M–787.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–2376.   State ex rel. Tracy v. Indus. Comm.**
Franklin App. No. 07AP–88, 2007-Ohio-5792.

## CASE ANNOUNCEMENTS

*April 22, 2008*

[Cite as *04/22/2008 Case Announcements,* 2008-Ohio-1899.]

## MISCELLANEOUS DISMISSALS

**2008–0594.   In re Foreclosure of Lien for Delinquent Taxes by Action in Rem.**
Jefferson App. No. 06 JE 40, 2008-Ohio-1173. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.